### 21554. MAVITY v. ASSOCIATES DISCOUNT CORPORATION.

GRICE, Justice. There being no return or acknowledgment of service entered on or annexed to the bill of exceptions, the motion to dismiss must be sustained. *Code Ann.* § 6-911; *Ginn v. Ginn,* 202 Ga. 292 (42 SE2d 923).

*Writ of error dismissed. All the Justices concur.*

ARGUED FEBRUARY 12, 1962—DECIDED FEBRUARY 20, 1962.

*Fullbright & Duffey, H. H. Gearinger,* for plaintiff in error. *Robert Edward Surles,* contra.